# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|                    |                                              |          |    |
|-------------------:|----------------------------------------------|----------|----|
| **Debtor:**        | THOMAS & PAULA MURPHY                        |          |    |
| **Case Number:**   | 2:09-bk-16683-SSC                            | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 22, 2009 10:00 AM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY                       |          |    |
| **Courtroom Clerk:** | WANDA GARBERICK                            |          |    |
| **Reporter / ECR:** | ANDAMO PURVIS                               |          |    |

## *Matter:*

HEARING RE Motion to Avoid Lien of PHH Mortgage Corporation Pursuant to 11 U.S.C. §506(d) filed by JONATHAN B. FRUTKIN of THE FRUTKIN LAW FIRM, PLC on behalf of PAULA MURPHY, THOMAS MURPHY AND RESPONSE THERETO

**R / M #:**   27 / 0

## *Appearances:*

JONATHAN B. FRUTKIN, ATTORNEY FOR THOMAS MURPHY, PAULA MURPHY
LEONARD MCDONALD, ATTORNEY FOR PHH MORTGAGE

## *Proceedings:*

Mr. McDonald states that an appraisal has been ordered, and he expects it to be done within 30 days. Parties asked the court to continue this hearing.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO DECEMBER 22, 2009 AT 11:00 A.M. MR. MCDONALD IS DIRECTED TO FILE HIS RESPONSE BY NOVEMBER 25, 2009.