Jonathan B. Frutkin (#025993)
**THE FRUTKIN LAW FIRM, PLC**
Two Renaissance Square
40 N Central Ave, Suite 1400
Phoenix, AZ 85004
jfrutkin@frutkinlaw.com
(480) 295-3470

Attorney for Debtors:
Thomas and Paula Murphy

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THOMAS and PAULA MURPHY<br><br>Debtors. | ) Chapter 13<br>)<br>)<br>) Case No. 2:09-bk-16683-SSC<br>)<br>) **MOTION TO VACATE HEARING**<br>)<br>) **December 22, 2009**<br>) **11:00 AM**<br>) |

The Debtors, through undersigned counsel, hereby move this Court to vacate the hearing previously scheduled for December 22, 2009 at 11:00 AM regarding the previously filed Motion to Avoid Lien of creditor PHH Mortgage Corporation ("PHH").

Upon the filing of the original Motion, PHH filed a limited response to request time to perform an appraisal on the property. At the October 22, 2009 preliminary hearing, this Court ordered PHH to produce the appraisal report by November 25, 2009. *See Exhibit "A"*. That appraisal report has not been produced, nor has PHH filed any further pleadings regarding the Debtors' Motion to Avoid Lien.

- 1 -

Therefore, the December 22, 2009 hearing is not necessary and should be vacated by this Court. Additionally, the Debtors are lodging a form of Order to strip the lien of PHH upon entry of the discharge in this case. The proposed Order addresses PHH's objection that the lien strip is only effective upon entry of Discharge in this Chapter 13 case.

Respectfully submitted this 13th day of December, 2009.

**THE FRUTKIN LAW FIRM, PLC**

_____/s/ Jonathan Frutkin_____
Jonathan Frutkin (#025993)
Attorney for Debtors

Copy of the foregoing
mailed this 14th day of
December, 2009, to:

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 86064-0434
Chapter 13 Trustee

Leonard J. McDonald, Esq.
Tiffany and Bosco
2525 East Camelback Road
Third Floor
Phoenix, Arizona 85016
For Creditor PHH Mortgage Corporation

Office of the United States Trustee
230 North 1st Avenue, Ste. 204
Phoenix, AZ 85003-1706

 /s/ Kim Phillips